UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
HECTOR SOTO AGUILAR            )
                               )    CV F 05-1211 OWW
                               )
              Plaintiff,       )    NEW CASE NUMBER:
                               )
       v.                      )    CV F-05-1211 REC    (2255)
                               )
UNITED STATES                  )
                               )
                               )    ORDER REASSIGNING CASE
              Defendant.       )
                               )
_____)
```

     This matter is reassigned from the docket of United States District Judge Oliver W. Wanger to the docket of United States District Judge Robert E. Coyle.

     To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**CV F-05-1211 REC**


DATED: October 14, 2005

                       _____   /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                            UNITED STATES DISTRICT JUDGE